IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNEAST PIPELINE COMPANY, LLC, | No. 3:19-cv-00464-MEM |
| Plaintiff, <br> vs. | Civil Action |
| A PERMANENT EASEMENT OF 0.43 ACRE ± AND A TEMPORARY EASEMENT OF 0.77 ACRE ± IN TOWAMENSING TOWNSHIP, CARBON COUNTY, PENNSYLVANIA, TAX PARCEL NO. 16D-56-A2; <br><br> ERIC M. McKEEVER; <br> FIRST NORTHERN BANK AND TRUST CO.; <br><br> AND ALL UNKNOWN OWNERS, <br><br> Defendants. | Eminent Domain <br><br><br><br> FILED ELECTRONICALLY |

## **STIPULATION**

WHEREAS, comes counsel for Plaintiff, PennEast Pipeline Company, LLC ("PennEast"), and Defendant, who hereby stipulate as follows:

1. PennEast filed a Notice of Voluntary Dismissal without Prejudice on September 27, 2021.

2. The parties agree that any objection, petition, or application by Defendant in response to PennEast's Notice of Voluntary Dismissal without Prejudice must be filed within thirty days.

3. Defendant does not waive the right to include any fees incurred during this litigation in a petition for fees, to include fees associated with the filing of a fee petition; and PennEast does not waive the right to challenge the same.

4. It is the intention of the parties that this Stipulation be entered as an Order of Court.

SO STIPULATED:

| **Keefer, Wood, Allen & Rahal, L.P.** | **Faherty Law Firm** |
|---|---|
| BY: */s/ Donald M. Lewis, III* | BY: */s/ Michael Faherty*_____ |
| Donald M. Lewis, Esq. | Michael Faherty, Esq. |
| 414 Walnut Street, 3rd Floor | 75 Cedar Avenue |
| P.O. Box 11963 | Hershey, PA 17033 |
| Harrisburg, PA 17108-1963 | 717-256-3000 |
| 717-255-8038 AND 8014 | Attorneys for Defendant Landowner |
| Attorneys for PennEast Pipeline Company, LLC | |

Dated:  10/14/2021

SO ORDERED:

_____
The Honorable Malachy E. Mannion

## **CERTIFICATE OF SERVICE**

I, Donald M. Lewis III, Esquire, one of the attorneys for plaintiff PennEast Pipeline Company, LLC, hereby certify that on this date the foregoing paper has been served upon counsel of record via the ECF system and upon an unrepresented party by First Class Mail (postage prepaid), as follows:

>Anthony M. Corby, Esquire
>Michael F. Faherty, Esquire
>Faherty Law Firm
>75 Cedar Avenue
>Hershey, PA  17033
>acorby@fahertylawfirm.com
>mfaherty@fahertylawfirm.com
>
>First Northern Bank and Trust Co.
>Fourth Street and Lafayette Avenue
>Palmerton, PA  18071
>c/o Bobbie Jo Kleppinger
>(authorized agent for acceptance of service)

>KEEFER WOOD ALLEN & RAHAL, LLP

Dated:  October 14, 2021             By    s/ Donald M. Lewis III
                                                   Donald M. Lewis III, Of Counsel